ALAN W. SPARER (No. 104921)
MICHAEL L. GALLO (No. 220552)
SPARER LAW GROUP
100 Pine Street, 33rd Floor
San Francisco, California  94111-5128
Telephone:   (415) 217-7300
Facsimile:   (415) 217-7307
asparer@sparerlaw.com
mgallo@sparerlaw.com

Attorneys for Defendants
TOTAL WEALTH MANAGEMENT, INC.;
ALTUS CAPITAL MANAGEMENT, LLC;
ALTUS CAPITAL OPPORTUNITY FUND, LP;
and JACOB K. COOPER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE J. STANIFORTH, as an individual and as beneficiary of the Bruce J. Staniforth IRA,<br><br>        Plaintiff,<br><br>   v.<br><br>TOTAL WEALTH MANAGEMENT, INC., a California corporation; ALTUS CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; ALTUS CAPITAL OPPORTUNITY FUND LP, a Delaware limited partnership; JACOB K. COOPER, an individual; NATHAN MCNAMEE, an individual; DAVID SHOEMAKER, an individual; CAPITA ADVISORS, INC., a California corporation; FINANCIAL COUNCIL, INC., a California corporation; PINNACLE WEALTH GROUP, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | No. 3:14-CV-01899-GPC (JLB)<br><br>Action Filed:  June 26, 2014<br><br><br>NOTICE OF APPEARANCE OF ALAN W. SPARER |

1  Notice is hereby given of the appearance of Alan W. Sparer as counsel for
2  Defendants TOTAL WEALTH MANAGEMENT, INC., ALTUS CAPITAL
3  MANAGEMENT, LLC, ALTUS CAPITAL OPPORTUNITY FUND, LP, and
4  JACOB K. COOPER, in the above-entitled action.  This Court and all counsel of
5  record are requested to include Mr. Sparer in any further electronic service of
6  documents in the above entitled action at the address below.

7  Alan W. Sparer
8  Sparer Law Group
9  100 Pine Street, 33rd Floor
10 San Francisco, CA 94111
11 Telephone:  415/217-7300
12 Facsimile:  415/217-7307
13 Email:    asparer@sparerlaw.com

14 Dated:  November 3, 2014    Respectfully submitted,
15                              SPARER LAW GROUP

18                              By:    *s/ Alan W. Sparer*
                                       ALAN W. SPARER

20                              Attorneys for Defendants
                                TOTAL WEALTH MANAGEMENT,
21                              INC.; ALTUS CAPITAL
                                MANAGEMENT, LLC; ALTUS
22                              CAPITAL OPPORTUNITY FUND, LP;
23                              and JACOB K. COOPER

24                              Email:  asparer@sparerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the **NOTICE OF APPEARANCE OF ALAN W. SPARER** was filed with this Court on November 3, 2014, through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*s/ Alan W. Sparer*
ALAN W. SPARER