DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
KENYON HARBISON (BAR NO. 260416)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        jdelcastillo@allenmatkins.com
        kharbison@allenmatkins.com

Attorneys for Receiver
KRISTEN A. JANULEWICZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE J. STANIFORTH,<br><br>        Plaintiff,<br><br>    v.<br><br>TOTAL WEALTH MANAGEMENT, INC.; et al.,<br><br>        Defendants. | Case No. 3:14-cv-01899 GPC (JLB)<br><br>**STATUS REPORT OF RECEIVER, KRISTEN A. JANULEWICZ**<br><br>Judge: Hon. Gonzalo P. Curiel |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, Kristen A. Janulewicz (the "Receiver"), the permanent receiver for Total Wealth Management, Inc., and its subsidiaries and affiliates, including, but not limited to Altus Capital Management, LLC (collectively, the "Receivership Entities"), hereby provides the following Status Report as to the matter styled *Securities and Exchange Commission v. Total Wealth Management, Inc.; et al.*, Case No. 15-cv-226 BAS (DHB) (the "Receivership Case"), pending in this Court before the Honorable Cynthia Bashant:

**I.     RECEIVER'S APPOINTMENT.**

As reflected in the Receiver's prior submission to this Court, the Receiver was initially appointed as the temporary receiver for the Receivership Entities on February 4, 2015.  (See Receivership Case Docket No. 5.)  Her appointment as permanent receiver was confirmed on February 12, 2015 via the Court's "(1)Preliminary Injunction, Appointment of a Permanent Receiver, and Related Orders; and (2) Order Vacating Hearing on Preliminary Injunction" (the "Appointment Order").  (See Receivership Case Docket No. 8.)

Pursuant to the terms of the Appointment Order, the Receiver enjoys exclusive authority and control over the Receivership Entities and has been authorized, empowered and directed to, among other things:  (1) take control of the Receivership Entities and their assets; (2) conduct such investigation and discovery as necessary to identify and locate outstanding Receivership Assets; (3) preserve and prevent the dissipation of receivership assets; and (4) provide an accounting to the Court and plaintiff Securities and Exchange Commission (the "Commission") regarding the business and financial activities of the Receivership Entities.

Article XIV of the Appointment Order bars creditors of the Receivership Entities from undertaking or continuing efforts to recover from the Receivership Entities, including via any present or contemplated litigation against the Receivership Entities by parties other than the Securities and Exchange Commission, or other government entities, absent express permission from the Court.  Accordingly, this Court has stayed the above-captioned litigation as against the Receivership Entities.  (See Docket No. 57.)

**II.    STATUS OF RECEIVERSHIP CASE AND RECEIVER'S EFFORTS.**

As reflected in the docket for the Receivership Case, attached hereto as **Exhibit A**, the matter remains pending and the receivership continues.  The Receiver has diligently pursued her charge since her appointment.  Her Initial Report and Recommendations and Petitions for Instructions (the "Initial Report")

was filed on March 12, 2015. (See Receivership Case Docket No. 17.) On August 7, 2015, the Receiver filed her First Interim Report and Petition for Further Instructions (the "First Interim Report"). (See Receivership Case Docket No. 43.) The Receiver is in the process of preparing her Second Interim Report to the Court, which she anticipates will be filed in December 2015.

As reflected in the Initial Report and First Interim Report, the Receiver is in the process of investigating, identifying, and marshalling receivership assets, and her investigation into the business and financial activities of the Receivership Entities continues. As part of her efforts to recover assets of the Receivership Entities, the Receiver has filed a Motion for Authority to Pursue Claims Against Private Placement Capital Notes II and Anthony ("Tony") Hartman, in anticipation of filing a complaint for damages and declaratory relief against both parties. (See Receivership Case Docket No. 57.) This motion is currently pending, and is scheduled for a hearing on December 14, 2015. While the Receiver has made substantial progress, her investigation and asset recovery efforts are incomplete as of the date of this Status Report, including in connection with the conduct of the Receivership Entities' principals (some of whom are Defendants in this matter).

### III.   CONCLUSION.

For the foregoing reasons, and particularly given the continued pendency of the Receivership Case itself and the Receiver's investigation and recovery efforts specifically, the Receiver respectfully requests that this Court continue its stay of the above-captioned matter pending further updates from the Receiver.

Dated: December 1, 2015

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
KENYON D. HARBISON

By:   /s/   *Joshua A. del Castillo*
JOSHUA A. DEL CASTILLO
Attorneys for Receiver
KRISTEN A. JANULEWICZ

# EXHIBIT A

ENE

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:15-cv-00226-BAS-DHB

| | |
|---|---|
| Securities and Exchange Commission v. Total Wealth Management, Inc. et al | Date Filed: 02/04/2015 |
| Assigned to: Judge Cynthia Bashant | Jury Demand: Defendant |
| Referred to: Magistrate Judge David H. Bartick | Nature of Suit: 850 Securities/Commodities |
| Cause: 12:0022 | Jurisdiction: U.S. Government Plaintiff |

**Plaintiff**

**Securities and Exchange Commission**     represented by     **David J. Van Havermaat**
US Securities and Exchange Commission
444 South Flower Street
Suite 900
Los Angeles, CA 90071
(323)965-3998
Fax: (323)965-3908
Email: vanhavermaatd@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y. Leung , Jr.**
U.S. Securities & Exchange Commission
444 South Flower Street
9th Floor
Los Angeles, CA 90071
323-965-3998
Fax: 213-443-1904
Email: leungg@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B Bulgozdy**
Securities and Exchange Commission
5670 Wilshire Boulevard
Suite 1100
Los Angeles, CA 90036-3648
(323)965-3998
Fax: (323) 965-3908
Email: bulgozdyj@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Total Wealth Management, Inc.**

**Defendant**

| | | |
|---|---|---|
| **Jacob Keith Cooper**<br>370 E. Silver Hawk Ct<br>Washington, UT 84780 | represented by | **Vincent J Brown**<br>VJB Law Offices<br>977 Sigsbee Street<br>San Diego, CA 92113<br>(619) 550-8251<br>Fax: (858)408-7442<br>Email: vince@vjblaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Mark Feathers**<br>*TERMINATED: 05/07/2015* | represented by | **Mark Feathers**<br>1520 Grant Road<br>Los Altos, CA 94024<br>(650) 575-7881<br>*PRO SE* |

V.

**Receiver**

| | | |
|---|---|---|
| **Kristen A. Janulewicz**<br>*Defendant Total Wealth Management, Inc., and its subsidiaries and affiliates, including but not limited to Altus Capital Management, LLC* | represented by | **Joshua Andrew del Castillo**<br>Allen Matkins Lack Gamble Mallory & Natsis LLP<br>515 S. Figueroa Street<br>9th Floor<br>Los Angeles, CA 90071<br>(213)622-5555<br>Fax: (213)620-8816<br>Email: jdelcastillo@allenmatkins.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2015 | 60 | RESPONSE in Support re 57 MOTION of Receiver, Kristen A. Janulewicz, for Authority to Pursue Claims Against Private Placement Capital Notes II, LLC and Anthony ("Tony") Hartman filed by Securities and Exchange Commission. (Bulgozdy, John). (jah). (Entered: 11/24/2015) |
| 11/23/2015 | 59 | ORDER Setting Further Telephonic Status Conference. Status Conference was held on 11/23/2015. Court finds good cause to temporarily vacate the motion to |

| | | |
|---|---|---|
| | | amend deadline, and the expert designations deadlines. Court confirms all remaining deadlines and requirements in the 9/8/2015 Scheduling Order 49 . Further Telephonic Status Conference set for 12/21/2015 09:30 AM before Magistrate Judge David H. Bartick. Dft Jacob Keith Cooper shall appear by telephone. Signed by Magistrate Judge David H. Bartick on 11/23/2015. (Copy of this Order mailed to Defendant Jacob Keith Cooper) (jah) (Entered: 11/23/2015) |
| 11/23/2015 | 58 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Status Conference held on 11/23/2015. Order to follow. (Plaintiff Attorney David Van Havermaat). (Jacob Cooper, Paul Moxley, Joshua del Castillo).(no document attached) (wdb) (Entered: 11/23/2015) |
| 11/09/2015 | 57 | MOTION of Receiver, Kristen A. Janulewicz, for Authority to Pursue Claims Against Private Placement Capital Notes II, LLC and Anthony ("Tony") Hartman by Kristen A. Janulewicz. (Attachments: # 1 Memo of Points and Authorities, # 2 Exhibit 1 to MPA (Proposed Complaint), # 3 Proof of Service to MPA, # 4 Declaration of Kristen Janulewicz (with Exh 1 and Proof of Service)) (del Castillo, Joshua) (dlg). (Entered: 11/09/2015) |
| 11/06/2015 | 56 | ORDER Sanctioning Attorney Vincent J. Brown; and Scheduling Telephonic Status Conference: Attorney Vincent J. Brown shall personally pay a sanction of $500.00 for his failures to appear in this action. The sanction shall be paid from Mr. Brown's personal funds no later than December 7, 2015. A telephonic Status Conference, with all parties, shall be held on November 23, 2013 at 9:30 a.m. before Judge Bartick. The Clerk of Court is directed to serve a copy of this order on Defendant Jacob Keith Cooper. Signed by Magistrate Judge David H. Bartick on 11/6/15.Order mailed to Keith Cooper (dlg) (Entered: 11/06/2015) |
| 10/13/2015 | 55 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Show Cause Hearing held on 10/13/2015. Attorney Vincent Brown not appearing and no parties appearing on behalf of Mr. Brown or the defendants. The Court takes this matter under submission and will issue a written ruling. (CD# 10/13/2015 DHB 15-1:3:05-3:09). (Plaintiff Attorney N/A). (Defendant Attorney N/A). (no document attached) (aje) (Entered: 10/13/2015) |
| 10/13/2015 | 54 | RESPONSE in Support re 51 MOTION First Interim Applications for Payment of Fees and Reimbursement of Expenses of Receiver, Kristen A. Janulewicz, and Receiver Counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP filed by Securities and Exchange Commission. (Bulgozdy, John). (jah). (Entered: 10/13/2015) |
| 10/08/2015 | 53 | NOTICE by Kristen A. Janulewicz re 51 MOTION First Interim Applications for Payment of Fees and Reimbursement of Expenses of Receiver, Kristen A. Janulewicz, and Receiver Counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP - *Notice of Errata to Dkt No. 51-9* (del Castillo, Joshua) (dlg). (Entered: 10/08/2015) |
| 10/05/2015 | 52 | ORDER TO SHOW CAUSE. Order to Show Cause Hearing set for 10/13/2015 03:00 PM in Courtroom 1F before Magistrate Judge David H. Bartick. Atty Vincent J. Brown, counsel for Dft, ordered to show cause why he should not be sanctioned for failure to appear at the 8/28/2015 Case Management Conference, |

| | | |
|---|---|---|
| | | 9/8/2015 Case Management Conference, and the 9/10/2015 OSC Hearing. If Mr. Brown wishes, he may file a written response by 10/9/2015. Signed by Magistrate Judge David H. Bartick on 10/5/2015. (jah) (Entered: 10/06/2015) |
| 09/22/2015 | 51 | MOTION First Interim Applications for Payment of Fees and Reimbursement of Expenses of Receiver, Kristen A. Janulewicz, and Receiver Counsel, Allen Matkins Leck Gamble Mallory & Natsis LLP by Kristen A. Janulewicz. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration of Kristen Janulewicz (with Exhibit 1), # 3 Receiver First Interim Application, # 4 Index of Exhibit to Receiver Application, # 5 Exhibit A to Receiver App, # 6 Exhibit B to Receiver App, # 7 Exhibit C to Receiver App, # 8 Proof of Service to Receiver App, # 9 Allen Matkins First Interim Application (Receiver Counsel), # 10 Index of Exhibits to Counsel Application, # 11 Exhibit A (Part 1) to Counsel App, # 12 Exhibit A (Part 2) to Counsel App, # 13 Exhibit A (Part 3) to Counsel App, # 14 Exhibit B to Counsel App, # 15 Proof of Service to Counsel App)(del Castillo, Joshua). (jah). (Entered: 09/22/2015) |
| 09/10/2015 | 50 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Show Cause Hearing held on 9/10/2015. Defendant's counsel did not appear. The Court will take the matter under submission. (no document attached) (wdb) (Entered: 09/10/2015) |
| 09/08/2015 | 49 | SCHEDULING ORDER: Mandatory Settlement Conference set for 8/15/2016 10:00 AM before Magistrate Judge David H. Bartick. Memorandum of Contentions of Fact and Law due by 8/29/2016. Proposed Pretrial Order due by 9/19/2016. Final Pretrial Conference set for 10/3/2016 11:00 AM before Judge Cynthia Bashant. Jury Trial set for 12/6/2016 09:00 AM before Judge Cynthia Bashant. Signed by Magistrate Judge David H. Bartick on 9/8/2015.(kcm) (Entered: 09/08/2015) |
| 09/08/2015 | 48 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Case Management Conference held on 9/8/2015. Order to follow. (Plaintiff Attorney David Van Havermaat, Gary Leung). (Defendant Attorney did not appear). (Joshua del Castillo).(no document attached) (wdb) (Entered: 09/08/2015) |
| 08/28/2015 | 47 | ORDER TO SHOW CAUSE. Telephonic Case Management Conference was held on 8/28/2015. Counsel for Dft Jacob Keith Cooper failed to appear. Attorney Vincent J. Brown ordered to show cause why he should not be sanctioned for failure to appear at the Conference. Order to Show Cause Response due by 9/4/2015. Order to Show Cause Hearing set for 9/10/2015 03:30 PM in Courtroom 1D before Magistrate Judge David H. Bartick. Mr. Brown shall appear in person. Signed by Magistrate Judge David H. Bartick on 8/28/2015. (jah) (Entered: 08/28/2015) |
| 08/28/2015 | 46 | Order Continuing Case Management Conference. Case Management Conference was held on 8/28/2015. Counsel for Defendant Jacob Keith Cooper did not appear. Telephonic, Attorneys Only Case Management Conference set for 9/8/2015 09:30 AM before Magistrate Judge David H. Bartick. Signed by Magistrate Judge David H. Bartick on 8/28/2015. (jah) (Entered: 08/28/2015) |
| 08/28/2015 | 45 | |

| | | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Case Management Conference held on 8/28/2015. Counsel for Defendant Jacob Keith Cooper failed to appear. Order to follow. (Plaintiff Attorney David Van Havermaat). (Other Joshua del Castillo). (no document attached) (wdb) (Entered: 08/28/2015) |
|---|---|---|
| 08/07/2015 | 44 | NOTICE of Filing by Kristen A. Janulewicz re 43 Status Report: First Interim Report and Petition for Further Instructions (del Castillo, Joshua). Modified on 8/7/2015 - Edited text (jah). (Entered: 08/07/2015) |
| 08/07/2015 | 43 | STATUS REPORT: First Interim Report and Petition for Further Instructions by Kristen A. Janulewicz. (Attachments: # 1 Exhibit 1 and 2, # 2 Proof of Service) (del Castillo, Joshua). Modified on 8/7/2015 - Extra text added in all caps. QC Email sent. Corrected text (jah). (Entered: 08/07/2015) |
| 07/23/2015 | 42 | ORDER. Status Conference was held on 7/23/2015. Rule 26(f) conference shall be completed by 8/7/2015. Proposed Joint Discovery Plan shall be submitted directly to Judge Bartick's Chambers by 8/21/2015. Telephonic, Attorneys Only Case Management Conference set for 8/28/2015 09:30 AM before Magistrate Judge David H. Bartick. Signed by Magistrate Judge David H. Bartick on 7/23/2015. (jah) (Entered: 07/23/2015) |
| 07/23/2015 | 41 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Status Conference held on 7/23/2015. Order to follow. (Plaintiff Attorney David Havermaat, Gary Leung). (Defendant Attorney Vincent Brown). (Joshua del Casillo).(no document attached) (wdb) (Entered: 07/23/2015) |
| 06/03/2015 | 40 | Order Following ENE AND SETTING STATUS CONFERENCE. Early Neutral Evaluation Conference held on 6/3/2015. Status Conference set for 7/23/2015 at 09:30 AM before Magistrate Judge David H. Bartick. The Status Conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall coordinate and initiate the conference call. Signed by Magistrate Judge David H. Bartick on 6/3/2015.(cxl) (Entered: 06/03/2015) |
| 06/03/2015 | 39 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Early Neutral Evaluation Conference held on 6/3/2015. The case did not settle. Order to follow. (Plaintiff Attorney Vincent J. Brown). (Defendant Attorney John B. Bulgozdy, Joshua del Castillo). (Kristen A. Janulewicz).(no document attached) (wdb) (Entered: 06/03/2015) |
| 06/01/2015 | 38 | NOTICE of Appearance by Gary Y. Leung, Jr on behalf of Securities and Exchange Commission (Leung, Gary). Attorney Gary Y. Leung, Jr added to party Securities and Exchange Commission (pty:pla). (jah). (Entered: 06/01/2015) |
| 05/21/2015 | 37 | Letter dated 5/12/2015 from Non-Party Lyle Gillman regarding Letter to Permanent Receiver for disbursement of funds. NUNC PRO TUNC 5/8/2015. (jah) (Entered: 05/22/2015) |
| 05/21/2015 | 36 | Notice of Document Discrepancies and Order Thereon by the Chambers of Judge Cynthia Bashant Accepting Document: Letter from Non-Party Lyle Gillman. Non-compliance with local rule(s), Supplemental documents require |

CM/ECF - casd                                                                                    Page 6 of 10

| | | |
|---|---|---|
| | | court order. Nunc Pro Tunc 5/8/2015. (All non-registered users served via U.S. Mail Service) (jah) (Entered: 05/22/2015) |
| 05/19/2015 | 35 | CERTIFICATE OF SERVICE by Geraci Law Firm re 34 Notice of Appearance. (Geraci, Christina). Modified on 5/20/2015 - Removed duplicate text (jah). (Entered: 05/19/2015) |
| 05/18/2015 | 34 | NOTICE of Appearance by Christina Lenore Geraci on behalf of Geraci Law Firm (Geraci, Christina). Attorney Christina Lenore Geraci added to party Geraci Law Firm (pty:ip). Modified on 5/19/2015 - No proof of service. QC Email sent to file proof of service (jah). (Entered: 05/18/2015) |
| 05/11/2015 | 33 | REPLY to Response to Motion re 23 MOTION to Intervene filed by Mark Feathers. NUNC PRO TUNC 5/7/2015. (jah) (Entered: 05/11/2015) |
| 05/11/2015 | 32 | Notice of Document Discrepancies and Order Thereon by the Chambers of Judge Cynthia Bashant Accepting Document: Omnibus Reply to Plaintiff's Opposition to Motion to Intervene, from Movant Mark Feathers. Non-compliance with local rule(s), OTHER: Motion to Intervene denied on 5/7/2015 per Order 30 . Nunc Pro Tunc 5/7/2015 (All non-registered users served via U.S. Mail Service)(jah) (Entered: 05/11/2015) |
| 05/08/2015 | 31 | ORDER granting Receiver Kristen A. Janulewicz's 21 Motion for Order in Aid of Receivership. Signed by Judge Cynthia Bashant on 5/8/2015. (jah) (Entered: 05/08/2015) |
| 05/07/2015 | 30 | ORDER denying Mark Feathers' 23 Motion to Intervene. Because of Feathers' history of filing meritless and frivolous papers with court, this Court will sua sponte review any subsequent filings in this action by Feathers. Feathers is warned that further filings may result in fee-shifting or other sanctions if Court deems it necessary. Signed by Judge Cynthia Bashant on 5/7/2015. (jah) (Entered: 05/07/2015) |
| 05/04/2015 | 29 | RESPONSE in Opposition re 23 MOTION to Intervene filed by Kristen A. Janulewicz. (Attachments: # 1 Request for Judicial Notice, # 2 Index of Exhibits to Request for Judicial Notice, # 3 Exhibits 1 to 3 to Request for Judicial Notice, # 4 Exhibits 4 to 6 to Request for Judicial Notice, # 5 Proof of Service to Request for Judicial Notice)(del Castillo, Joshua). (jah). (Entered: 05/04/2015) |
| 05/04/2015 | 28 | RESPONSE in Opposition re 23 MOTION to Intervene filed by Securities and Exchange Commission. (Attachments: # 1 Declaration of John B. Bulgozdy) (Bulgozdy, John). Modified on 5/4/2015 - Edited text (jah). (Entered: 05/04/2015) |
| 04/30/2015 | 27 | NOTICE AND ORDER for Early Neutral Evaluation Conference. Early Neutral Evaluation set for 6/3/2015 10:00 AM before Magistrate Judge David H. Bartick. Signed by Magistrate Judge David H. Bartick on 4/30/2015. (All non-registered users served via U.S. Mail Service) (jah) (Entered: 04/30/2015) |
| 04/27/2015 | 26 | ORDER granting in its entirety 25 Joint Motion for Order to Release Wells Fargo Account Ending in 8027. The freeze on Wells Fargo Bank Acct ending in 8027, presently utilized by Silver Hawk Owners Associations, Inc., is released. The remaining provisions of this Court's Appointment Orders, as the term |

Exhibit A
Page 7

| | | |
|---|---|---|
| | | "Appointment Orders" is defined in the Joint Motion, remains in full force and effect. Signed by Judge Cynthia Bashant on 4/27/2015. (All non-registered users served via U.S. Mail Service) (jah) (Entered: 04/28/2015) |
| 04/22/2015 | 25 | Joint MOTION for Order to Release Wells Fargo Account Ending In 8027 by Kristen A. Janulewicz. (del Castillo, Joshua). Modified on 4/23/2015 - Edited text (jah). (Entered: 04/22/2015) |
| 04/14/2015 | 24 | RESPONSE in Support re 21 MOTION for Order in Aid of Receivership filed by Securities and Exchange Commission. (Bulgozdy, John). (jah). (Entered: 04/14/2015) |
| 04/13/2015 | 23 | MOTION to Intervene by Mark Feathers. NUNC PRO TUNC 4/8/2015. (jah). (Entered: 04/13/2015) |
| 04/13/2015 | 22 | Notice of Document Discrepancies and Order Thereon by the Chambers of Judge Cynthia Bashant Accepting Document: Motion to Intervene and Request for Judicial Notice, from Miscellaneous Party Mark Feathers. Non-compliance with local rule(s), OTHER: No provision for acceptance. Nunc Pro Tunc 4/8/2015 (All non-registered users served via U.S. Mail Service) (jah) (Entered: 04/13/2015) |
| 04/06/2015 | 21 | MOTION for Order in Aid of Receivership by Kristen A. Janulewicz. (Attachments: # 1 Memo of Points and Authorities, # 2 Index of Exhibits to MPA, # 3 Exhibit Exhibits A-E to MPA, # 4 Proof of Service to MPA, # 5 Declaration of Kristen Janulewicz, # 6 Index of Exhibits to Janulewicz Decl, # 7 Exhibit A to Janulewicz Decl, # 8 Proof of Service to Janulewicz Decl)(del Castillo, Joshua). (jah). (Entered: 04/06/2015) |
| 03/27/2015 | 20 | ANSWER to 1 Complaint, with Jury Demand by Jacob Keith Cooper.(Brown, Vincent) Modified on 3/30/2015; qc re missing certificate of service (cxl). (Entered: 03/27/2015) |
| 03/27/2015 | 19 | NOTICE of Appearance by Vincent J Brown on behalf of Jacob Keith Cooper (Brown, Vincent)Attorney Vincent J Brown added to party Jacob Keith Cooper (pty:dft) Modified on 3/30/2015; qc re missing certificate of service (cxl). (Entered: 03/27/2015) |
| 03/12/2015 | 18 | NOTICE of Filing of Initial Report and Recommendations of Receiver by Kristen A. Janulewicz re 17 Status Report, (del Castillo, Joshua). Modified on 3/13/2015 - Edited text (jah). (Entered: 03/12/2015) |
| 03/12/2015 | 17 | STATUS REPORT: Initial Report and Recommendations and Petition for Instructions of Receiver, Kristen A. Janulewicz by Kristen A. Janulewicz. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Proof of Service)(del Castillo, Joshua). (jah). (Entered: 03/12/2015) |
| 03/09/2015 | 16 | SUPPLEMENTAL DOCUMENT by Jacob Keith Cooper. NUNC PRO TUNC 3/2/2015. (jah) (Entered: 03/09/2015) |
| 03/09/2015 | 15 | Notice of Document Discrepancies and Order Thereon by the Chambers of Judge Cynthia Bashant Accepting Document: Supplemental Documents, from Defendant Jacob Keith Cooper. Non-compliance with local rule(s), |

| | | Supplemental documents require court order. Nunc Pro Tunc 3/2/2015 (All non-registered users served via U.S. Mail Service) (jah) (Entered: 03/09/2015) |
|---|---|---|
| 03/04/2015 | 14 | ORDER granting 13 Joint Motion for Extension of Time to Answer re 1 Complaint. Deadline for Defendant Jacob Keith Cooper to answer to Complaint continued to 3/27/2015. Signed by Judge Cynthia Bashant on 2/20/2015. (jah) (Entered: 03/04/2015) |
| 03/03/2015 | 13 | Joint MOTION for Extension of Time to File Answer re 1 Complaint by Securities and Exchange Commission. (Van Havermaat, David). Modified on 3/3/2015 - Edited text. Added link to Complaint (jah). (Entered: 03/03/2015) |
| 02/20/2015 | 12 | SUMMONS Returned Executed by Securities and Exchange Commission. Jacob Keith Cooper served. (Van Havermaat, David). (jah). (Entered: 02/20/2015) |
| 02/20/2015 | 11 | SUMMONS Returned Executed by Securities and Exchange Commission. Total Wealth Management, Inc. served. (Van Havermaat, David). (jah). (Entered: 02/20/2015) |
| 02/20/2015 | 10 | ORDER granting in its entirety 9 Joint Motion for Order to Release Specified Account. The freeze imposed by Court's prior orders on the Wells Fargo Bank acct ending in 4791 is released. All respective rights of the Commissions and the Receiver against Metropolitan Coffee and Concession Company, LLC (Metro Coffee), its parent companies and/or affiliates, including in connection with the Bankruptcy Case are reserved. The remaining provisions of this Court's Appointment Orders, as the term "Appointment Orders" is defined in the Joint Motion, remain in full force and effect. Signed by Judge Cynthia Bashant on 2/12/2015. (jah) (Entered: 02/20/2015) |
| 02/17/2015 | 9 | Joint MOTION for Order to Release Specified Account by Kristen A. Janulewicz. (del Castillo, Joshua). Attorney Joshua Andrew del Castillo added to party Kristen A. Janulewicz (pty:rc). Modified on 2/18/2015 - Incorrect filer selected. QC Email sent. Corrected entry(jah). (Entered: 02/17/2015) |
| 02/12/2015 | 8 | PRELIMINARY INJUNCTION. Hearing set for 2/13/2015 8:30 AM is vacated. Kristin A. Janulewicz is appointed as permanent receiver of Dft Total Wealth Management, Inc, and its subsidiaries and affiliates, including but not limited to Altus Capital Management, LLC. No bond shall be required in connection with the appointment of the permanent receiver. Court shall retain jurisidction over this action for the purpose of implementing and carrying out the terms of all orders and decrees. Signed by Judge Cynthia Bashant on 2/12/2015. (jah) (Entered: 02/13/2015) |
| 02/11/2015 | 7 | NON Opposition of Total Wealth Management, Inc. and Jacob Keith Cooper re 6 Memorandum of Points and Authorities in Support of Preliminary Injunction and Appointment of a Permanent Receiver by Securities and Exchange Commission. (Attachments: # 1 Exhibit 1)(Van Havermaat, David). Modified on 2/12/2015 - Edited text (jah). (Entered: 02/11/2015) |
| 02/06/2015 | 6 | Memorandum of Points and Authorities in Support of Preliminary Injunction and Appointment of a Permanent Receiver by Securities and Exchange Commission. (Attachments: # 1 Declaration of John B. Bulgozdy, # 2 Declaration of Kristen A. Janulewicz)(Bulgozdy, John). Modified on 2/9/2015 - |

| | | |
|---|---|---|
| | | No pdf for Motion attached, only supporting documents. Proof of Service has s/ of staff member. QC Email sent to refile w/ pdf for Motion and to file Corrected Proof of Service (jah). (Entered: 02/06/2015) |
| 02/04/2015 | 5 | ORDER granting 4 Motion for TRO Freezing Assets; Prohibiting the Destruction of Documents; Granting Expedited Discovery; Requiring Accountings; Appointing a Temporary Receiver and Order to Show Cause re: Preliminary Injunction and Appointment of a Permanent Receiver and denying 3 Motion for TRO as Moot. Order to Show Cause Hearing set for 2/13/2015 08:30 AM before Judge Cynthia Bashant.Signed by Judge Cynthia Bashant on 2/4/2015. (sjt) (Entered: 02/04/2015) |
| 02/04/2015 | 4 | Joint MOTION re 3 MOTION for Temporary Restraining Order by Securities and Exchange Commission. (Bulgozdy, John). Attorney John B Bulgozdy added to party Securities and Exchange Commission(pty:pla). Modified on 2/5/2015 - Attached pdf is Proposed Order, not Joint Motion. QC Email sent re Proposed Order policy (jah). (Entered: 02/04/2015) |
| 02/04/2015 | 3 | Ex Parte Application for Temporary Restraining Order and Other Relief and Order to Show Cause re Preliminary Injunction and Appointment of Receiver by Securities and Exchange Commission. (Attachments: # 1 Memo of Points and Authorities, # 2 Declaration Carol Lally, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 19 Pt 2, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Declaration Christopher Bryant, # 29 Index of Exhibits to Bryant Declaration, # 30 Exhibit 1 to Bryant Declaration, # 31 Exhibit 2 to Bryant Declaration, # 32 Exhibit 3 to Bryant Declaration, # 33 Exhibit 4 to Bryant Declaration, # 34 Exhibit 5 to Bryant Declaration, # 35 Exhibit 6 to Bryant Declaration, # 36 Exhibit 7 to Bryant Declaration, # 37 Declaration Raymond E. Johnson, Jr., # 38 Index of Exhibits to Johnson Declaration, # 39 Exhibit 1 to Johnson Declaration, # 40 Exhibit 2 to Johnson Declaration, # 41 Exhibit 3 to Johnson Declaration, # 42 Exhibit 4 to Johnson Declaration, # 43 Exhibit 5 to Johnson Declaration, # 44 Exhibit 6 to Johnson Declaration, # 45 Recommendation by Plaintiff Securities and Exchange Commission that Kristin A. Janulewicz be Appointed Receiver, # 46 Index of Exhibit to Receiver Recommendation, # 47 Exhibit 1 to Receiver Recommendation)(acc)(jrd) (Entered: 02/04/2015) |
| 02/04/2015 | 2 | Summons Issued. **Counsel receiving this notice electronically should print this summons and serve it in accordance with Rule 4, Fed.R.Civ.P and LR 4.1.** (acc) (Entered: 02/04/2015) |
| 02/04/2015 | 1 | COMPLAINT Against Total Wealth Management, Inc., Jacob Keith Cooper; Fee Waived, filed by Securities and Exchange Commission. (Attachments: # 1 Cover Sheet) |

|  | The new case number is 3:15-cv-00226-BAS-DHB. Judge Cynthia Bashant and Magistrate Judge David H. Bartick are assigned to the case. (Van Havermaat, David)(acc)(jrd) (Entered: 02/04/2015) |
|---|---|

**PACER Service Center**

**Transaction Receipt**

12/01/2015 11:17:21

| **PACER Login:** | am0021:2505376:0 | **Client Code:** | 999903-14000 |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 3:15-cv-00226-BAS-DHB |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |

# PROOF OF SERVICE

*Bruce J. Staniforth v. Total Wealth Management, Inc., et al.*
USDC, Southern District of California – Case No. 14-cv-1899 (GPC) (JLB)

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 515 S. Figueroa Street, 9th Floor, Los Angeles, California 90071-3398.

A true and correct copy of the foregoing document(s) described below will be served in the manner indicated below:

**STATUS REPORT OF RECEIVER, KRISTEN A. JANULEWICZ**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – the above-described document will be served by the Court via NEF.  On **December 1, 2015**, I reviewed the CM/ECF Mailing Info For A Case for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   - **Vincent Brown**
     vince@vjblaw.com,vjblaw@gmail.com
   - **Oleg Cross**
     oleg@cplitigation.com
   - **Michael Lawrence Gallo**
     mgallo@sparerlaw.com,admin@sparerlaw.com
   - **Alan W. Sparer**
     asparer@sparerlaw.com,admin@sparerlaw.com
   - **Joshua Andrew del Castillo**
     jdelcastillo@allenmatkins.com

2. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:  On _____, I served the following person(s) and/or entity(ies) in this case by placing a true and correct copy thereof in a sealed envelope(s) addressed as indicated below.  I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion for party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 (one) day after date of deposit for mailing in affidavit.

1009020.03/LA

- 1 -

1        I declare that I am employed in the office of a member of the Bar of this Court
2  at whose direction the service was made. I declare under penalty of perjury under the
3  laws of the United States of America that the foregoing is true and correct. Executed on **December 1, 2015** at Los Angeles, California.

                                      _____
                                      Martha Diaz